# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| Ralph Howard Blakely <br> *Plaintiff* <br> v. <br> Linda G Tompkins, Spokane Superior Court Judge <br> *Defendant* | ) ) ) ) ) Civil Action No. 2:16-cv-00379-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:



This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice

Order Dismissing Petition Without Prejudice.

Date: 12/19/2016

CLERK OF COURT

SEAN F. McAVOY

s/ Shelly Koegler
*(By) Deputy Clerk*

Shelly Koegler